# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1198**
**CA 15-00610**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF ANTHONY DESA, M.B., B.S.,
PETITIONER-RESPONDENT,

                              V                                    ORDER

STATE OF NEW YORK, SUNY UPSTATE MEDICAL UNIVERSITY,
WILLIAM D. GRANT, Ed.D, AND STEPHEN J. KNOHL, M.D.,
RESPONDENTS-APPELLANTS.
(APPEAL NO. 2.)

---

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (ROBERT M. GOLDFARB OF
COUNSEL), FOR RESPONDENTS-APPELLANTS.

WEISBERG & ZUKHER, PLLC, SYRACUSE (DAVID E. ZUKHER OF COUNSEL), FOR
PETITIONER-RESPONDENT.

--------------------------------------------------------------------------------

　　　　　Appeal from an order of the Supreme Court, Onondaga County (James
P. Murphy, J.), entered June 20, 2014 in a proceeding pursuant to CPLR
article 78.  The order awarded petitioner attorney's fees and costs.

　　　　　It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Villar v Howard*, 126 AD3d 1297, 1300).

Entered:  November 13, 2015                    Frances E. Cafarell
                                               Clerk of the Court